**Opinion issued February 14, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-00610-CV

————————————

**CHEROKEITA RUBEN INA, Appellant**

**V.**

**HARRICK LANEAL MURRAY, Appellee**

---

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 9956661**

---

**MEMORANDUM OPINION**

Appellant, Cherokeita Ruben Ina, has neither paid the required filing fee for this appeal nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required

by statute or Supreme Court order."), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. § 51.207 (West Supp. 2012), § 51.941(a) (West 2005), § 101.041 (West Supp. 2012) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals). The filing fee was due on July 16, 2012. After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(b), (c) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.